UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **DERRECK BERCIER JR** | **CASE NO. 6:24-CV-01092** |
| **VERSUS** | **CHIEF JUDGE TERRY A. DOUGHTY** |
| **A B C INSURANCE CO** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before this Court is a MOTION TO DISMISS filed by defendants the City of Kaplan and Patrick Doucet in his official capacity. (Rec. Doc. 9). This motion was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Motion to Dismiss (Rec. Doc. 9) filed by defendants City of Kaplan and Patrick Doucet in his official capacity is GRANTED, such that it is further

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims under the Fifth and Sixth Amendments are DISMISSED with prejudice; Plaintiff's *Monell* claims against the City of Kaplan and Patrick Doucet in his official capacity are DISMISSED with prejudice; Plaintiff's federal and state law malicious prosecution claims are DISMISSED with prejudice; and Plaintiff's punitive damage claims against the City of Kaplan and Patrick Doucet in his official capacity are DISMISSED with prejudice, preserving all other claims by Plaintiff for further proceedings as may be appropriate.

**THUS DONE AND SIGNED** at Monroe, Louisiana, this 17th day of June, 2025.

_____
**TERRY A. DOUGHTY**
**CHIEF UNITED STATES DISTRICT JUDGE**